IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFAEL M. GOODMAN | : | CIVIL ACTION |
| v. | : | |
| MARK WAHL, et al. | : | NO. 23-2705 |

ORDER

AND NOW, this 3rd day of January 2024, it is hereby ORDERED that:

(1) the December 8, 2023 Report and Recommendation of Magistrate Judge Scott W. Reid is ADOPTED;

(2) the petition of Raphael M. Goodman for a Writ of Habeas Corpus under 28 U.S.C. § 2254 is DENIED; and

(3) No Certificate of Appealability will issue.

BY THE COURT:

/s/ Harvey Bartle III
J.